1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Omar Mendoza-Rivera

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE NITA L. STORMES)**

11 UNITED STATES OF AMERICA,        )   Case No. 08MJ0588
                                    )
12           Plaintiff,              )
                                    )
13 v.                                )   **CERTIFICATE OF SERVICE**
                                    )
14 OMAR MENDOZA-RIVERA,              )
                                    )
15           Defendant.              )
   _____  )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
20

21                                   Respectfully submitted,

22

23 DATED:    March 5, 2008            /s/ Carey D. Gorden
                                      **CAREY D. GORDEN**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Omar Mendoza-Rivera
25

26

27

28